UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RUBEN ELI ARANCIBIA GONZALEZ,

Petitioner,

v.

WARDEN, CALIFORNIA CITY IMMIGRATION PROCESSING CENTER,

Respondent.

No. 1:26-cv-07616-DAD-CSK (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING PETITION FOR WRIT OF HABEAS CORPUS

(Doc. Nos. 6, 7)

Petitioner is a federal immigration detainee proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 26, 2026, the assigned magistrate judge issued findings and recommendations recommending that the petition (Doc. No. 1) be granted. (Doc. No. 7.) Specifically, the magistrate judge concluded that petitioner's re-detention without a pre-deprivation hearing violated due process. (*Id.* at 3–4.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within seven (7) days of service. (*Id.* at 5.) On October 29, 2026, respondent filed objections to the findings and recommendations which are comprised of a single sentence stating that respondent objects for the

/////

reasons stated in respondent's prior briefing. (Doc. No. 8.) These objections do not provide a basis upon which to reject the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

For the reasons above,

1. The findings and recommendations issued on October 26, 2026 (Doc. No. 7) are ADOPTED in full;
2. Petitioner's petition for writ of habeas corpus, (Doc. No. 1) is GRANTED as follows:
    a. Respondent is ORDERED to immediately release petitioner Ruben Eli Arancibia Gonzalez, A-File No. 246-130-712, from respondent's custody on the same conditions, if any, he was subject to prior to his re-detention on or about June 27, 2026;
    b. Respondent is ENJOINED and RESTRAINED re-detaining petitioner for any purpose, absent exigent circumstances, without notice and a pre-deprivation hearing before an immigration judge at which hearing respondent will have the burden of establishing that petitioner is a danger or flight risk by clear and convincing evidence;
3. Petitioner's request for immediate release (Doc. No. 6) is DENIED as having been rendered moot by this order granting him habeas relief;
4. The Clerk of Court is directed to serve the California City Immigration Processing Center with a copy of this order; and

/////

/////

/////

/////

5. The Clerk of Court is also directed to enter judgment in favor of petitioner and close this case.

IT IS SO ORDERED.

Dated: **October 30, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE